IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RASHEDA-BREDA CLARK | CASE NO. |
| Debtor. | 26-52437 |
| RESHEDA-BREDA CLARK | |
| Vs. | ADVERSARY PROCEEDING CASE NO. |
| CURTIS HINTON<br>209 KINGS CASTLE DR TRUST | |
| Defendants | |

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 FEB 24 AM 8:09
VANIA S. ALLEN
CLERK
BY: ______
DEPUTY CLERK

COMPLAINT

I. INTRODUCTION

1. This is an action un the United States Bankruptcy Code, 11 U.S.C 101-1330, seeking redress for the contumacious actions of Defendant CURTIS HINTON, in collecting on a mortgage note from plaintiff RESHEDA-BREDA Clark while title to said property is in dispute and after his personal liability on the note was discharged and required him to sign a new lease purchase agreement purporting to revive the discharged mortgage debt. Ms. Clark seeks actual and punitive damages as well as costs and reasonable fees pursuant to11

U.S.C. 524 and 11 U.S.C. 105. Additionally, Ms. Clark brings claim for Declaratory and Injunctive relief that the BANK OF AMERICA mortgage has been satisfied.

## II. JURISDICTION

2. Jurisdiction is conferred on this Court pursuant to 28 U.S.C 1334 in that this proceeding arises in and is related to the above-captioned Chapter 13 case under Title

1. of the United States Code and concerns property of the estate in that proceeding.

3. This Court has personal and subject matter jurisdiction to hear this case pursuant to 28 U.S.C. 2201.

4. Venue is proper in this court pursuant to 28 U.S.C 1409.

5. Plaintiff Rasheda-Breda Clark consents to the entry of a final order or judgement in this Proceeding by the Bankruptcy Court.

## III. PARTIES

6. Plaintiff Rasheda-Breda Clark ("Ms. Clark") is a citizen and resident of, Henry County, Georgia.

7. Defendant CURTIS HINTON and BANK OF AMERICA N.A., (hereinafter referred to as

"CURTIS HINTON personally and BANK OF AMERICA") is an association with a principal place of business at Bank Of America is a national banking association doing business throughout the United States, including Georgia and is a wholly-owned subsidiary of Bank Of America, one of the largest banks in the United States.

## IV. FACTUAL ALLEGATIONS

8. On or about June 2025 Defendant collected 40,000.00 dollars and claimed to be the note carrier on said property. Defendant also lied about entering into a valid contract.

Pursuant to O.C.G.A. 9-4-1, and O.C.G.A. 44-14-184.

COMES NOW, Plaintiff as above stated with the following Petition of Declaratory Judgment concerning the real property of the petitioner known as 209 Kings Castle Dr, Ellenwood Ga 30294. This Petition for Declaratory Judgment is set forth on the following grounds with:

APPLICABLE LAW

The following Applicable Statues are set forth in this Petition for Declaratory relief as Mandatory Authority; Article 3 section 603 of the UCC, O.C.G.A.. 44-14-161, O.C.G.A 44-14-162.1, O.C.G.A. 44-14-162.2, O.C.G.A. 44-14-162 and O.C.G.A. 44-14-162.2.

MANDATORY AUTHORITY

28 U.S.C.A. 1367,28 U.S.C.A. 1367(a), 28 U.S.C.A. 1337(e)(d), 11 U.S.C.A. 362(c), 12 U.S.C. 3755 12, U.S.C. 3752(3), 12 U.S.C.. 3752(7), 12 U.S.C. 3758(1), 12 U.S.C. 3752(1), 12 U.S.C. 3758 (2)(A)(i), 12 U.S.C. 3758 (3)(A), Title 15 Fair Debt Collections Act, 28 U.S.C.A. 1201 (RESPA) Article 3 section 603 of the UCC.

1.

The Defendant **CURTIS HINTON, and MERS, shall not** be bona fide purchaser at any foreclosure sale with notice of **any** adverse claim pursuant to 12 U.S.C. 3752 (1).

(Notice of Lis Pendens file in the Superior Court of this County)

2.

The Defendant **CURTIS HINTON,** did unlawfully violate FairDebt Collections Act with foreclosure and eviction proceedings.

3.

The Defendant **CURTIS HINTON,** did unlawfully violate Article 3 section 306 of the Uniform Commercial Code foreclosure proceedings.

4.

The Defendant **CURTIS HINTON,** did unlawfully violate O.C.G.AA. 44-11-161 foreclosure proceedings conducted below true market value of the property owned by the Plaintiff.

5.

The Defendant **CURTIS HINTON,** did unlawfully violate O.C.G.A. 44-11-161.1 foreclosure proceeding conducted below true market value of the property owned by the Plaintiff.

6.

The Defendant **CURTIS HINTON,** did unlawfully violate O.C.G.A. 44-11-161.2 foreclosure proceedings conducted below true market value of the property owned by the Plaintiff.

7.

The Defendant **CURTIS HINTON** did unlawfully violate O.C.G.A. 44-14-162 foreclosure and eviction proceedings.

WHEREFORE the plaintiff demands the following relief

This honorable court award compensatory damages to the plaintiff in the amount of 200,000.00 by entering a Judgment against **CURTIS HINTON.**

This honorable court issue a **Rule Nisi To Foreclosure and any eviction proceedings.**

Grant all relief this Court deems just and proper.

This 23rd day of Febuary , 2026

Respectfully Submitted,

Rasheda-Breda Clark
Plaintiff
Pro Se

# VERIFICATION

## (AFFIDAVIT)

The undersigned RESHEDA-BREDA CLARK does here swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the Matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

RASHEDA-BREDA CLARK
Plaintiff